Slip Op. 03 - 144

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

| | |
|---|---|
| AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY and GLOBE METALLURGICAL INC. | : |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES, | : |
| Defendant, | : |
| and | : |
| LIGAS DE ALUMINIO S.A. | : |
| Defendant-Intervenor. | : |

**Before: MUSGRAVE, JUDGE**

Consolidated Court No. 99-03-00149

| | |
|---|---|
| ELETROSILEX S.A., | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES | : |
| Defendant, | : |
| and | : |
| AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY and GLOBE METALLURGICAL INC. | : |
| Defendant-Intervenors. | : |

## **ORDER**

Upon consideration of the motion of Eletrosilex S.A. to Alter or Amend Judgment and for

Stay of Judgment and the Department of Commerce's opposition thereto, it is hereby

     **ORDERED** that the Judgment entered on June 27, 2003 in conjunction with Slip Op. 03-69 is stayed; and it is further

     **ORDERED** that all further proceedings in this action are stayed pending the final determination of the dumping margins in the fourth administrative review of the antidumping duty order on silicon metal from Brazil, *sub nom. American Silicon Technologies v. United States*, Consolidated Court No. 97-02-00267.

 

 

                                          _____
                                             R. KENTON MUSGRAVE, JUDGE

Dated: October 30, 2003
      New York, New York